WILCOX *v.* BANK OF HAZLEHURST.

HILL, J. Under the facts of this case the court did not err in refusing the injunction prayed for.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 634. APRIL 11, 1918.

Petition for injunction. Before Judge Highsmith. Jeff Davis superior court. July 7, 1917.

*S. D. Dell,* for plaintiff. *Gordon Knox, J. C. Bennett,* and *J. Mark Wilcox,* for defendant.